IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

THE ESTATE OF AARON JIMENEZ, Deceased, by
and through EUGENIO S. MATHIS, personal
representative,

      Plaintiff,

      v.                                    Civ. No. 24-316 SCY/JMR

WEXFORD HEALTH SOURCES, INC. et al.,

      Defendants.

## ORDER GRANTING TEMPORARY STAY OF BRIEFING

The New Mexico Corrections Department ("NMCD") Defendants have moved to exclude Plaintiff's expert (Doc. 66) and have moved for summary judgment (Doc. 67). Plaintiff has not yet filed responses to these motions and seeks additional time to file such responses. Docs. 72, 73. In support of this request, Plaintiff represents that, after the expert report deadline, NMCD Defendants supplemented their initial disclosures with 4,500 pages of records and documents. Doc. 72 at 2. Plaintiff contends the additional information is material to its expert report; therefore, Plaintiff has moved to supplement its expert report. Doc. 71. Further, Plaintiff contends that this need to supplement its expert report justifies a briefing stay on NMCD Defendants' motion to exclude and NMCD Defendants' motion for summary judgment. Docs. 72, 73. At a minimum, Plaintiff asserts a temporary stay is necessary pending the Court's decision on whether Plaintiff may supplement its expert report. As Plaintiffs' motions for a stay were just filed yesterday, Defendants have not yet filed responses. The motions, however, indicate that both the NMCD and Wexford Defendants oppose the relief Plaintiff requests. Doc. 72 at 2 n.1; Doc. 73 at 2 n.1.

      The Court acknowledges that Defendants have not had an opportunity to respond to

Plaintiff's motions and the Court generally would not grant a motion before both sides have had an opportunity to be heard. Here, however, the Court will partially grant Plaintiff's motion to stay by imposing a temporary stay on the briefing of all motions except for Plaintiff's motion to stay. Once Plaintiff's motion to stay is fully briefed and the Court has had an opportunity to consider the merits of Plaintiff's motion to stay, the Court will provide further guidance related to the briefing it has temporarily stayed.

THEREFORE, IT IS ORDERED THAT the deadline to respond to any pending motion is temporarily stayed until the Court issues a decision on the merits, after full briefing, on Docs. 72 and 73.

_____
STEVEN C. YARBROUGH
UNITED STATES MAGISTRATE JUDGE